*76,229-03*

Jesus Jaime Jimenez
TDCJ-ID No. 01363409
Allan Polunsky Unit
3872 FM 350 South
Livingston, Texas
77351

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 22 2015

Abel Acosta, Clerk

Court Of Criminal Appeals Of Texas
Office of the Clerk, Abel Acosta
P.O. Box 12308, Capitol Station
Austin, Texas  78711

Re: Tr. Ct. No. 891454-1.
WR-76,229-03.

December 15, 2015

Mr. Acosta,

Please be advised, that it appears to have been a serious mistake with the above matter.  It  appears that the Trial Court Clerk has misconsrued my filed Application For Writ Of Habeas Corpus pursuant to Article 11.072 Section 1 of the Texas Code Of Criminal Procedures, with another non-applicable article, because your Court will not have jurisdiction over any Appeal Process of my Petition.

Therefore, I would deeply and very much respectfully ask your Office to return such Documents, sent to your Office by such Trial Court, with a inquiry letter, because accordingly to the Cover Letter when the Petition was filed, this matter was specifically pointed out.  So I don't see how this error or oversight could have occurred, unless it's some type of improper action(s).

By doing the same herein, I am providing a copy of this request letter to said Trial Court District Clerk's Office, as well.

Thank you very much for your time, care, and concern, as I deeply regret any inconvienence.  Your understanding in this matter is greatly appreciated.

Sincerely,

/s/ _Jesus Jimenez_

Jesus Jaime Jimenez, Pro Se
TDCJ-ID No. 01363409

JJJ/S2
CC;Filed.